No. 01–7290. MARIN, AKA VALDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7294. HASSETTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7297. HORNING v. BOGAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7303. CABALLERO-PEREZ v. UNITED STATES (Reported below: 19 Fed. Appx. 587); ALVAREZ-ALCALA v. UNITED STATES; GALLEGOS SOLIS v. UNITED STATES; GUTIERREZ-MENDINA v. UNITED STATES; GUTIERREZ-PULIDO v. UNITED STATES; GUZMAN-MADRIGAL v. UNITED STATES; HERNANDEZ-CARMONA v. UNITED STATES; MANJARREZ-CERVANTES v. UNITED STATES; MIRAMONTES-VILLEGAS v. UNITED STATES; RAMOS-LOPEZ v. UNITED STATES; RUIZ-GOMEZ v. UNITED STATES; SANCHEZ-MENDOZA v. UNITED STATES; SANDOVAL RIVAS v. UNITED STATES; SIGUENZA-SIGUENZA v. UNITED STATES; and TORRES-AVILA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7312. RICHARDSON v. FEDERAL BUREAU OF INVESTIGATION. C. A. 5th Cir. Certiorari denied.

No. 01–7317. PADILLA-VENEGAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7323. LEGARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7348. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7367. ARNOLD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7387. WELCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–620. BUILDING INDUSTRY ASSOCIATION OF SUPERIOR CALIFORNIA ET AL. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Motion of Nebraska et al. for leave to